**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| JOHN T. MCMAHAN, | Case No. 18-14064 |
| Debtor | |
| | Honorable Janet S. Baer |
| THOMAS E. SPRINGER, solely in his capacity as the Chapter 7 trustee of the Debtor, | |
| Plaintiff, | |
| v. | Adv. No. 20-00165 |
| TRINITY GREEN, LLC; TRINITY GREEN, LLC – 1240 N. DAMEN, | |
| Defendants. | |

## NOTICE OF APPEAL

NOW COME the Defendants, Trinity Green LLC and Trinity Green, LLC – 1240 N. Damen, by and through their attorney, Robert J. Shelist of the Law Offices of Robert J. Shelist, P.C. and hereby appeal from various orders entered by the bankruptcy court, as follows, appealing to the United States Court of Appeals for the Seventh Circuit:

A.  Order Granting Motion for Summary Judgment, entered on February 7, 2022 (Doc. 74).

B.  Final Judgment, entered on February 7, 2022, entered on February 7, 2022 (Doc. 75).

C.  Order Denying Defendants' Motion for Leave to Appear, to Vacate all Substantive Rulings in the Adversarial Case, for Dismissal on Limitations Grounds and for the Entry of Other Relief, entered on January 17, 2024 (Doc. 148).

D.  Order Denying Defendants' Emergency Motion to Vacate the Summary Judgment and

Final Orders on Jurisdictional Grounds, to Strike the Trial Dates and for Other Relief, entered on January 17, 2024 (Doc. 149).

Dated: February 14, 2024

                                          Respectfully submitted,

                                          TRINITY GREEN, LLC, TRINITY GREEN, LLC– 1240 N. DAMEN

                                          /s/ Robert J. Shelist

                                          By:_____
                                                   Robert J. Shelist

Robert J. Shelist  
Law Offices of Robert J. Shelist, P.C.  
205 N. Michigan Avenue  
Suite 810  
Chicago, Illinois 60601  
(312) 226-0675

## CERTIFICATE OF SERVICE

     I, Robert J. Shelist, certify that on February 14, 2024 I caused to be filed the foregoing document with the Clerk of the Court via the CM/ECF system. I further certify that I caused to be served a true and accurate copy of the foregoing document upon counsel of record in this case, by electronic mail.

                                          Respectfully submitted,

                                          /s/ Robert J. Shelist

                                          By:_____
                                                 Robert J. Shelist