# United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

|  |  |
|---|---|
| Date | 03/06/2024 |
| Adversary Case Number | 20 A 00165 |
| Case Name | Thomas E Springer v. Trinity Green, LLC, et al. |
| Notice of Appeal Filed | 02/14/2024 |
| Appellant | Trinity Green, LLC, et al. |
| District Court Number | |
| District Court Judge | |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Sir:

Pursuant to **Bankruptcy Rule 8003** transmitted herewith is the Notice of Appeal.

- ☑ Notice of Appeal
- ☐ Cross Appeal
- ☑ D.C. Civil Coversheet
- ☑ Transmittal Letter
- ☐ NOA Unpaid Fee Due
- ☑ Copy of Docket Sheet
- ☑ Judgment/Order Being Appealed
- ☐ Informa Pauperis

Additional Items Included

☐

Previous D C Judge _____  Case Number _____

By Deputy Clerk  Aaron Bowles

Rev 03/2015bb