**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 18 B 14064 |
| JOHN T. MCMAHAN, | ) | Chapter 7 |
| Debtor. | ) | Honorable Janet S. Baer |
| THOMAS E. SPRINGER, | ) | Adv. No. 20 A 00165 |
| Plaintiff, | ) | |
| v. | ) | |
| TRINITY GREEN, LLC and TRINITY GREEN, LLC-1240 N. DAMEN, | ) | |
| Defendants. | ) | |

**ORDER DENYING DEFENDANTS' EMERGENCY MOTION TO VACATE THE SUMMARY JUDGMENT AND FINAL ORDERS ON JURISDICTIONAL GROUNDS, TO STRIKE THE TRIAL DATES AND FOR OTHER RELIEF**

This matter coming before the Court for ruling on the Defendants' Emergency Motion to Vacate the Summary Judgment and Final Orders on Jurisdictional Grounds, to Strike the Trial Dates and for Other Relief (ECF No. 121), due notice having been given to all parties entitled thereto, the Court being fully advised, and for the reasons stated in open court at the hearing on January 17, 2024;

IT IS HEREBY ORDERED THAT:

The Defendants' Emergency Motion to Vacate the Summary Judgment and Final Orders on Jurisdictional Grounds, to Strike the Trial Dates and for Other Relief is denied.

DATED: January 17, 2024

ENTER:

Honorable Janet S. Baer
United States Bankruptcy Judge